# PD-1270-11

Clyde Henry Crump #1643987
Eastham Unit
2665 Prison Road 1
Lovelady, Texas 75851

Clerk of the Court of
Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

District Clerk
Harris County
P.O. Box 4651
Houston, Texas 77210-4651

10 / 23 /2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta. Clerk

RE: FOR FILING

Please file and bring to the judges of the above listed court's attention for a ruling on my enclosed REQUEST FOR **OUT OF TIME** STAY OF MANDATE TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT AND/OR A MOTION FOR REHEARING IN THIS COURT.

Further, please provide me with a stamp dated copy of this cover letter indicating filing date.

As well, I can be contacted at my addressed listed above with the court's ruling upon their decision.

In advance Thank You for your assistance.

Clyde Henry Crump #1643987
Movant Pro-Se
Eastham Unit
2665 Prison Road 1
Lovelady, Texas 75851

FILED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| CLYDE HENRY CRUMP, | § | IN THE COURT OF CRIMINAL |
| TDCJ No. 1643987 | § | |
| MOVANT, PRO-SE | § | APPEALS |
| | § | |
| | § | AUSTIN, TEXAS |

REQUEST FOR **OUT OF TIME** STAY OF MANDATE
TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT
AND/OR
A MOTION FOR REHEARING IN THIS COURT

No. _____
PETITION FOR DISCRETIONARY REVIEW

APPEALED FROM THE FOURTEENTH COURT OF APPEALS
No. 14-10-00437-CR

179TH JUDICIAL DISTRICT COURT
HARRIS COUNTY, TX 1119150

No. _____

PETITION FOR DISCRETIONARY REVIEW

| | | |
|---|---|---|
| CLYDE HENRY CRUMP, | § | IN THE COURT OF CRIMINAL |
| TDCJ No. 1643987 | § | |
| MOVANT, PRO-SE | § | APPEALS |
| | § | |
| | § | AUSTIN, TEXAS |

REQUEST FOR **OUT OF TIME** STAY OF MANDATE
TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT
AND/OR
A MOTION FOR REHEARING IN THIS COURT


COMES NOW, CLYDE HENRY CRUMP, TDCJ No. 1643987, MOVANT, PRO-SE, in the above numbered and styled cause of action and request that this Court GRANT his REQUEST FOR **OUT OF TIME** STAY OF MANDATE TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT AND/OR A MOTION FOR REHEARING IN THIS COURT, pursuant to rule 69.4 (TRAP), and the rules governing Writ of Certiorari in the United States Supreme Court. Movant, will show the following:


I.

After a 2010 conviction in cause no. 1119150, the Trial Court appointed Counsel Sharon E. Slopis to represent Movant on direct appeal. Counsel Slopis filed the direct appeal, which was denied on August 23, 2011, No. 14-10-437-CR.

Appointed Counsel Sharon E. Slopis, then filed a timely Petition for Discretion Review with this Court (Movant does not know the filing date nor the number of this Petition for Discretionary review).

However, after contacting Counsel Slopis in October 2015, Movant learned that the Petition for Discretionary Review was denied by this Court on January 25, 2012.


II.

After consulting with offender Marlin Webb #541397, in the Eastham Unit Law libaray, Movant was advised to contact Counsel Slopis and the Clerk of this Court to inquire into the status of his Petition for Discretionary Review. Upon this advice Movant did in fact, write Counsel Slopis and the Clerk of this Court a letter inquiring into the status of his Petition for Discretionary Review.

Pg 1 of 4

In response, Counsel Slopis informed Movant (by letter) that his Petition for Discretionary had been denied by this Court on January 25, 2012.

However, the letter that Counsel Slopis sent to Movant was/is **BACKDATED** to February 10, 2012 **and INCORRECTLY** addressed to the TDCJ Telford Unit in New Boston, Texas.

With the **backdated letter**, Counsel Slopis informed Movant that, ("he had one step left", to file a request with this Court asking that a stay of mandate be issued so that he could file a writ of certiorari to the United States Supreme Court.)

### III.

Counsel Slopis **erroneously** mailed Movant notice of this Court's January 25, 2012 decision denying his Petition for Discretionary Review on February 10, 2012 to the TDCJ Telford Unit 3899 State Hwy. 98, New Boston, Tx 75570.

While Movant was infact assigned to the TDCJ Telford Unit from July 2010 until December 2010, Movant was no longer assigned to the TDCJ Telford Unit in February 2012, due to a administrative unit transfer in December 2010.

In December 2010, Movant received an administrative unit transfer to the TDCJ Michaels Unit 2664 FM 2054 Tennessee Colony, Texas 75886. See Exhibit A

Movant remained on the TDCJ Michaels Unit from December 2010 until November 2014 when he was administratively transferred to the TDCJ Eastham Unit 2665 Prison Road 1 Lovelady, Texas 75851 where he remains house to date.

**THUS**, Movant was not assigned to the Telford Unit on February 10, 2012 to receive the letter Counsel Slopis sent informing him of this Court's January 25, 2012 decision denying his Petition for Discretionary Review and informing him of his next available option(s).

**FURTHERMORE**, TDCJ Telform Unit mailroom (TDCJ EMPLOYEES) did not forward Movant the February 10, 2012 letter from Counsel Slopis informing him of this Court's January 25, 2012 decision denying his Petition Discretionary Review and his next available option(s).

### IV.

Pursuant to Rule 69.4 (TRAP), Movant had fifteen (15) days inwhich, to file a Motion for Rehearing with this Court, after it's January 25, 2012 decision denying his Petition for Discretionary Review. Movant, would not have knowingly waived any of his procedural rights. Had Movant been timely notified

of this Court's decision, he would have elected to file the motion for rehearing.

Moreover, if timely notified Movant would would have requested a Stay of Mandate, allowing him ninety (90) days to file a Writ of Certiorari in the United States Supreme Court. Movant would not have knowingly waived this procedural right.

## V.

Movant does not know who is responsible for failing to provide timely notice to him, of this Court's January 25, 2012 decision denying his Petition for Discretionary Review and informing him of his next option(s) - Counsel Slopis for mailing the notice to the **erroneous** address **or** the TDCJ Telford Unit mailroom (TDCJ EMPLOYEES) for failing to either forward the letter (notice) to Movant **or** returning the letter to Counsel Slopis - at any rate Movant did not received notice of this Courts decision denying his Petition for Discretionary Review until October 19, 2015 and is now forced to make this request. See Exhibit B & C.

## VI.

### PRAYER

Movant, PRAYS that this Court GRANT this REQUEST FOR **OUT OF TIME** STAY OF MANDATE TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT AND/OR A MOTION FOR REHEARING IN THIS COURT for the reasons set forth above, namely that Movant did not receive timely notice of this Court's January 25, 2012 decision denying his Petition for Discretionary Review and instructions from his Court Appointed Counsel Sharon E. Slopis. Movant Prays for all other relief that this Court deems just and necessary in the interest of justice.

## VII.

### CERTIFICATE OF SERVICE

Movant, declares that service has been completed by placing the above and foregoing REQUEST FOR **OUT OF TIME** STAY OF MANDATE TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT AND/OR A MOTION FOR REHEARING IN THIS COURT in the United States institutional mailbox located in the North hallway of the

Eastham Unit addressed to the Clerk of the Court of Criminal Appeals P.O. Box 12308 Austin, Texas 78711 and to the Harris County District Clerk P.O. Box 4651 Houston, Texas 77210-4651 on this 23rd day of October 2015.

_Clyde H. Crump_
Clyde Henry Crump #1643987
Movant Pro-Se

## VIII.

## UNSWORN DECLARATION

I, CLYDE HENRY CRUMP, TDCJ No. 1643987, Movant, Pro-Se, being presently incarcerated at the TDCj Eastham Unit, Lovelday, Texas declares under the penalty of perjury that, according to my belief and knowledge the foregoing facts set out above in my REQUEST FOR **OUT OF TIME** STAY OF MANDATE TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT AND/OR A MOTION FOR REHEARING IN THIS COURT are true and correct. Texas Civil Pratices and Remedies Code Chapter 132.001-003. Executed on this 23rd day of October 2015.

_Clyde H. Crump_
Clyde Henry Crump #1643987
Movant Pro-Se
Eastham Unit
2665 Prison Road 1
Lovelady, Texas 75851

No. _____

## PETITION FOR DISCRETIONARY REVIEW

CLYDE HENRY CRUMP,                    §        IN THE COURT  OF CRIMINAL
TDCJ No. 1643987                      §
            MOVANT, PRO-SE            §               APPEALS
                                      §
                                      §            AUSTIN, TEXAS

### COURT'S ORDER

CAME TO BE CONSIDERED on this the _____ day of _____, 20___, Movant's REQUEST FOR **OUT OF TIME** STAY OF MANDATE TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT AND/OR A MOTION FOR REHEARING IN THIS COURT and it is the ORDER of this COURT that said request be GRANTED   /   DENIED.

COMMENTS:

_____
PRESIDING JUDGE

HOUSTON, COUNTY                                    §
LOVELADY, TEXAS                                    §

## AFFIDAVIT

I, CLYDE HENRY CRUMP, TDCJ #1643987, Affiant, Pro-Se, the undersigned authority personally appeared while presently housed at the TDCJ Eastham Unit without any promises of gifts or coercions of threats and violence deposes and states the following:

I am the one and the same litigant in the attached and foregoing REQUEST FOR **OUT OF TIME** STAY OF MANDATE TO FILE A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT AND/OR A MOTION FOR REHEARING IN THIS COURT;

I have not, and would not, intelligently, knowingly and voluntarily waive any procedural rights or options provided to me by the laws of the State of Texas or the United States of America, in the appeal of this capital murder conviction and life without parole sentence;

I did not receive notification of this Court's January 25, 2012 decision denying my Petition for Discretionary review until October 19, 2015, and I only received said notice then, because I received advice from offender Marlin Webb 541397 while in the Eastham Unit Law Library suggesting that I contact Counsel Slopis and the Clerk of this Court and inquire into the status of my Petition for Discretionary Review;

I was not assigned to the Telford Unit in February 2012 to received the **erroneously** addressed letter from Counsel Slopis notifying me of this Court's January 25, 2012 decision denying my Petition for Discretionary Review and what my remaining legal options were;

Telford Unit mailroom (TDCJ EMPLOYEES) did not forward to me at the TDCJ Michaels Unit, Counsel Slopis' letter informing me of this Court's January 25, 2012 decision denying my Petition for Discretionary Review;

I did not receive notification from the Clerk of this Court notifying me of this Court's January 25, 2012 decision denying my Petition for Discretionary Review;

Had Affiant received timely notice of this Court's January 25, 2012 decision denying my Petition for Discretionary Review and counsel Slopis' advice that I had "one step left, to request a stay of mandate to file a writ of certiorari in the United States Supreme Court, then I would have done exactly that in a timely manner. Just as I am now requesting to do so.

Affiant says further not.

_Clyde H. Crump_
Clyde Henry Crump #1643987
Affiant Pro-Se

## CERTIFICATE OF SERVICE

Movant, declares that service has been completed by placing the above and foregoing AFFIDAVIT in the United States institutional mailbox located in the North hallway of the Eastham Unit addressed to the Clerk of the Court of Criminal Appeals P.O. Box 12308 Austin, Texas 78711 and to the Harris County District Clerk P.O. Box 4651 Houston, Texas 77210-4651 on this _23rd_ day of October 2015.

_Clyde H. Crump_
Clyde Henry Crump #1643987
Affiant Pro-Se

## UNSWORN DECLARATION

I, CLYDE HENRY CRUMP, TDCJ No. 1643987, Movant, Pro-Se, being presently incarcerated at the TDCj Eastham Unit, Lovelady, Texas declares under the penalty of perjury that, according to my belief and knowledge the foregoing facts set out above in my AFFIDAVIT are true and correct. Texas Civil Pratices and Remedies Code Chapter 132.001-003. Executed on this _23 cd_ day of October 2015.

_Clyde H. Crump_
Clyde Henry Crump #1643987
Affiant Pro-Se
Eastham Unit
2665 Prison Road 1
Lovelady, Texas 75851

# TEXAS EDUCATION AGENCY

1701 North Congress Ave. ● Austin, Texas 78701-1494 ● FAX: 512/305-9493 ● http://www.tea.state.tx.us/ged

*EXHIBIT A*

Friday, May 25, 2012

CLYDE H CRUMP
2664 FM 2054 ATTN EDUC DEPT
TENNESSEE COLONY, TX 75886

In order to receive a Texas certificate of high school equivalency, you need to take further action. Please note the following regarding scores that are on file for you at the Texas Education Agency:

**PASSING SCORE REQUIREMENTS:** You must make a total score of at least 2250 (450 average) with no score less than 410.

**RETESTING:** We strongly recommend that you prepare for the tests by studying at an adult education program or with a certified teacher. When you are prepared, your teacher will give you a retest letter to take to the GED Testing Center. Unless you have a retest letter, you must wait six months before retesting.

**INCOMPLETE SCORES:** This score report reflects all of your GED Test scores which are currently on file in our automated database, but it may not reflect your complete test history. The following may apply: (1) if you have not taken all five tests, you need to make arrangements to complete the tests at a local GED testing center; or (2) if you tested before at another Texas center let the center know that you have completed additional tests.

**COMBINATION OF LANGUAGE VERSIONS:** In order to receive a certificate, you must successfully complete all five GED Tests in one language. English and Spanish language editions of the tests cannot be combined.

---

## For Test Center Use Only - Test Form History

**English**

| Language Arts, Writing | Social Studies | Science | Language Arts, Reading | Mathematics |
|---|---|---|---|---|
| 5/24/2012 IG | 5/24/2012 IG | 5/24/2012 IG | 5/24/2012 IG | 5/24/2012 IG |

IMPORTANT: Your GED Test scores are filed by the following File Identification Number: XXXXX4643. You must take this letter to the center where you plan to complete the test or retest. Failure to use your File Identification Number may result in incomplete GED test results. DO NOT LOSE THIS LETTER.

## OFFICIAL REPORT OF TEST RESULTS
### TESTS OF GENERAL EDUCATIONAL DEVELOPMENT

Name: CLYDE H CRUMP

Testing Center: MICHAEL

Date of Birth: 6/7/1984

File ID: XXXXX4643

---

### I. HIGHEST TEST SCORE REPORT

I. The following GED Test scores are your highest scores:

| TEST | TEST DATE | FORM | LANGUAGE | SCORE | US% |
|------|-----------|------|----------|-------|-----|
| Language Arts, Writing | 5/24/2012 | IG | English | 510 | 54 |
| Social Studies | 5/24/2012 | IG | English | 380 | 12 |
| Science | 5/24/2012 | IG | English | 440 | 27 |
| Language Arts, Reading | 5/24/2012 | IG | English | 520 | 58 |
| Mathematics | 5/24/2012 | IG | English | 400 | 16 |
| | | | Total Score: | 2250 | |
| | | | Average Score: | 450.0 | |

---

### II. MOST RECENT TEST SCORE REPORT

II. The following GED Test scores are your most recent scores:

| TEST | TEST DATE | FORM | LANGUAGE | SCORE | US% |
|------|-----------|------|----------|-------|-----|
| Language Arts, Writing | 5/24/2012 | IG | English | 510 | 54 |
| Social Studies | 5/24/2012 | IG | English | 380 | 12 |
| Science | 5/24/2012 | IG | English | 440 | 27 |
| Language Arts, Reading | 5/24/2012 | IG | English | 520 | 58 |
| Mathematics | 5/24/2012 | IG | English | 400 | 16 |

You need to retest/complete the following GED Tests, and make a total score of 2250:

Social Studies; Mathematics

(See reverse side for information about Passing Score Requirements, Retesting, and Incomplete Scores).

GED Unit: GED@tea.state.tx.us

# EXHIBIT B

**SHARON E. SLOPIS, ATTORNEY AT LAW**   P.O BOX 980803   HOUSTON, TX, 77098   (713)529-0771

February 10, 2012

Mr. Clyde Henry Crump
T.D.C. # 01643987
Telford Unit
3899 State Hwy. 98
New Boston, Tx. 75570

Dear Mr. Crump;

I regret to inform you that the Court of Criminal Appeals refused your Petition for Discretionary Review on January 25, 2012.

You still have one more step to take if you wish to take it.

You may move to stay issuance of the mandate for 90 days, and file a Writ of Certiorari to the United States' Supreme Court.

You may either file the Writ yourself, or hire an attorney to file it for you, as the court will not appoint counsel at this stage of the proceedings.

I regret that we were unable to win your appeal, and I wish you good luck.

Very truly yours,

Sharon E. Slopis

# EXHIBIT C

**SHARON E. SLOPIS, ATTORNEY AT LAW**    P.O BOX 980803    HOUSTON, TX, 77098    (713)529-0771

October 12, 2015

Mr. Clyde Henry Crump
T.D.C. # 01643987
Eastham Unit 0-2-6 Top
2665 Prison Rd. #1
Love Lady, Tx 75851

Dear Mr. Crump;

Enclosed is the last letter I sent to you, regarding your PDR.   There is no state response.  I hope this helps.

Very truly yours,

Sharon E. Slopis,
Attorney at Law